UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 12-10609-JFW (FFMx)**                                    Date:  July 25, 2013

Title:    Mike Jankowski -v- Persolve, LLC., et al.

**PRESENT:**

       HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
           None                                                                                    None

**PROCEEDINGS (IN CHAMBERS):**    FURTHER ORDER TO SHOW CAUSE WHY COUNSEL SHOULD NOT BE SANCTIONED FOR FAILURE TO CONDUCT MEDIATION AND FILE A JOINT REPORT RE SETTLEMENT CONFERENCE

     On July 15, 2013, the Court issued an Order to Show Cause Why Counsel Should Not Be Sanctioned for Failure to File a Joint Report Re Settlement Conference ("Order to Show Cause"). On July 19, 2013, counsel for Plaintiff Mike Jankowski ("Plaintiff") filed the Declaration of Aidan W. Butler in Response to O.S.C. ("Response"). In his Response, Mr. Butler offers his explanation why the mediation could not have been held by the Court-ordered date of May 1, 2013. Although Mr. Butler's explanation may be sufficient to avoid dismissal of this action, it does not resolve the issue of whether the Court should impose monetary sanctions.

     Accordingly, the Court now orders both counsel to show cause in writing by July 29, 2013 why sanctions of $1,500 should not be imposed against each counsel for their violation of the Court's order to conduct the mediation by May 1, 2013.

     No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action.

     IT IS SO ORDERED.